A11A0803. STRATACOS v. THE STATE.
(749 SE2d 236)

BARNES, Presiding Judge.

In *Stratacos v. State*, 293 Ga. 401 (748 SE2d 828) (2013), the Supreme Court of Georgia affirmed in part and reversed in part the judgment of this court in *Stratacos v. State*, 312 Ga. App. 783 (720 SE2d 256) (2011). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed in part and reversed in part. Ray and McMillian, JJ., concur.*

DECIDED SEPTEMBER 26, 2013.

*Nathanael A. Horsley*, for appellant.

*Kenneth W. Mauldin, District Attorney, James V. Chafin, Assistant District Attorney*, for appellee.